No. 236, Misc. KEYS *v.* PENNSYLVANIA ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 254, Misc. GARRAFFA *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Department. Certiorari denied.

No. 258, Misc. RUBINSTEIN *v.* RUBINSTEIN ET AL. Court of Appeals of New York. Certiorari denied. *John F. X. Finn* for petitioner. *George P. Halperin* for Rubinstein; *Joseph Glass* for Sztykgold et al.; and *Edwin B. Wolchok* for British American Equities, Inc. et al., respondents. █

No. 274, Misc. SWAIN *v.* TEETS, WARDEN. Supreme Court of California. Certiorari denied.

No. 283, Misc. SCHANDA *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 286, Misc. LAIR *v.* RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 288, Misc. CURLEY *v.* WISCONSIN. Supreme Court of Wisconsin. Certiorari denied.

No. 294, Misc. APPICE *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 296, Misc. LILYROTH *v.* RAGEN, WARDEN. Circuit Court of Lee County, Illinois. Certiorari denied.